UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DORA SIMMONS GHAZALY )<br>*on behalf of herself and all others similarly* )<br>*situated* )<br>            Plaintiff, )<br>)<br>v. )<br>)<br>)<br>FIRST NATIONAL COLLECTION BUREAU, )<br>INC, *a Nevada corporation* )<br>            Defendant ) | **JUDGMENT**<br><br>No. 5:21-CV-362-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon consideration of the plaintiff's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 8, 2022, more particularly described therein, that the captioned action be and hereby is remanded to Cumberland County Superior Court.

**This Judgment Filed and Entered on July 8, 2022, and Copies To:**
Scott C. Harris / Patrick M. Wallace / S. Michael Dunn (via CM/ECF Notice of Electronic Filing)
David Anthony Grassi (via CM/ECF Notice of Electronic Filing)
The Honorable Lisa Scales (via U.S. Mail at Cumberland County Clerk of Superior Court, P. O. Box 363, Fayetteville, NC 28302)

July 8, 2022      PETER A. MOORE, JR., CLERK

                 /s/ Sandra K. Collins
                (By) Sandra K. Collins, Deputy Clerk